**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHONDELL NEAL,**

    *Plaintiff,*

**v.**                                            **Case No: 8:25-cv-00649-SDM-SPF**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC., et al.,**

    *Defendants*.
_____/

## NOTICE OF DISMISSAL OF DEFENDANTS REACH FINANCIAL LLC AND ZWICKER & ASSOCIATES, P.C., WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES Defendants Reach Financial LLC and Zwicker & Associates, P.C. from this action with prejudice, effective May 6, 2025, each party to bear its own costs and attorneys' fees.

Nothing herein affects Plaintiff's claims against Trans Union LLC or Experian Information Solutions, Inc.

Respectfully submitted on May 6, 2025.

                                                   /s/ *Bryan J. Geiger*
                                                   Bryan J. Geiger
                                                   Florida Bar Number: 119168
                                                   Seraph Legal, P. A.
                                                   2124 W Kennedy Blvd., Suite A
                                                   Tampa, FL 33606
                                                   (813) 321-2348
                                                   BGeiger@SeraphLegal.com
                                                   *Counsel for Plaintiff*